No. 816. BERSTEIN, ALIAS BERNS, *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied. *Bernard J. Mellman* for petitioner.

No. 825. TWILLEGEAR ET AL. *v.* QUINCY COLUMBIA BASIN IRRIGATION DISTRICT ET AL. Supreme Court of Washington. Certiorari denied. *Florence Mayne Merrick* for petitioners. *James Leavy* for respondents.

No. 837. RICE ET AL. *v.* RINGSBY TRUCK LINES ET AL. C. A. 7th Cir. Certiorari denied. *Sidney Z. Karasik* for petitioners. *Joseph H. Hinshaw* and *Oswell G. Treadway* for respondents.

No. 839. GALLO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Frank Serri* for petitioner. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 579, Misc. ORTIZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Arthur Warner* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 736, Misc. CASTER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 791, Misc. BOYD *v.* DIAMOND. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Gerald P. Choppin* for respondent.